UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMAINE SAUNDERS,

    Plaintiff,

v.                                             Case No: 8:22-cv-2482-MSS-JSS

CITY OF LAKELAND, FLORIDA,
LAKELAND POLICE
DEPARTMENT, WILLIAM MUTZ,
RUBEN GARCIA and CHRISTINA
STEWART,

    Defendants.
_____/

**<u>ORDER</u>**

Plaintiff moves the Clerk to enter default against Defendants for failure to respond to her initial Complaint (Dkt. 1). (Motion, Dkt. 10.) However, on December 12, 2022, the court granted Plaintiff's motion for leave to file an Amended Complaint (Dkt. 8), and Plaintiff thereafter filed an Amended Complaint on December 13, 2022 (Dkt. 9). Pursuant to Federal Rule of Civil Procedure 15, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3). Counsel for Defendants has appeared in this action (Dkt. 7), and thus received service of the Amended Complaint through the court's electronic filing system. *See* Fed. R. Civ. P. 5(a) (requiring service of "a pleading filed after the original complaint") *and* Fed. R. Civ. P. 5(b)(E) (stating that a "paper is served

under this rule by . . . sending it to a registered user by filing it with the court's electronic-filing system[.]").[1] The deadline for Defendants to respond to Plaintiff's Amended Complaint is therefore December 27, 2022, and Defendants have not failed to plead or otherwise defend against the operative complaint in this matter. *See* Fed. R. Civ. P. 55(a).

Accordingly, Plaintiff's Motion for Entry of Default for failure to respond to her initial Complaint (Dkt. 10) is **DENIED**. Should Defendants fail to respond to the Amended Complaint during the allotted time, Plaintiff may renew her motion at that time.

**ORDERED** in Tampa, Florida, on December 14, 2022.

                                  JULIE S. SNEED
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party

---

[1] Indeed, in counsel's notice of appearance, Defendants noted that Plaintiff had moved for leave to amend the initial Complaint and stated that "[s]hould that leave be granted and an Amended Complaint be filed, Defendants will direct their responsive pleadings to that pleading. Otherwise, Defendants . . . will file their Responsive pleading to [Plaintiff's initial Complaint] on or before December 12, 2022." (Dkt 7.)