UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHARMAINE SAUNDERS** an Individual;

    Plaintiff,

v.                                                                  Case No.: 8:22-CV-2482-MSS-JSS

**CITY OF LAKELAND, FLORIDA,**
**LAKELAND POLICE DEPARTMENT,**
**MAYOR WILLIAM "BILL" MUTZ,** in his
official capacity; **CHIEF RUBEN GARCIA,**
in his official capacity; and **DETECTIVE**
**CHRISTINA STEWART** in her official capacity,

    Defendants.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COMES, CHARMAINE SAUNDERS, ("Plaintiff" or "Saunders") in the above-styled civil action and moves this Court for a Motion for Leave this her Second Amended Complaint under Federal Rules of Civil Procedure, Rule 15, against, CITY OF LAKELAND, FLORIDA, LAKELAND POLICE DEPARTMENT, MAYOR WILLIAM "BILL" MUTZ, in his official capacity; CHIEF RUBEN GARCIA, in his official capacity; and DETECTIVE CHRISTINA STEWART in her official capacity, (collectively known as "Defendants") and states as follows:

1

## MOTION FOR LEAVE TO RESPOND TO DEFENDANTS MOTION TO DISMISS

Based on review of the Defendants second request to dismiss, the Plaintiff Charmaine Saunders seeks leave of the Court to respond to Defendants second request to dismiss without defendants answering the original or amended complaints. Plaintiff's request for a motion of leave to respond to defendants by court's approval is based upon Federal Rules of Civil Procedure.

1. Under Rule 12(g), a party that fails to raise a defense in a Rule 12 motion cannot raise an omitted defense in a second pre-answer Rule 12 motion. This rule was "intended to eliminate unnecessary delays at the pleading stage of a case by avoiding the piecemeal consideration of pretrial motions." *Rauch v. Day & Night Mfg. Corp.*, 576 F.2d 697, 701 (6th Cir. 1978). Under which circumstances does not allow for parties to continue to aggrieve the party by Motion. See, Fed.R.Civ.P. 12(g)(2). This is defendants second (2) motion to dismiss without answering the original complaint.

2. This motion is being presented NOT for the purposes of delay but so that justice may be done and the case move forward on its merits.

3. Plaintiff under the circumstances of the incident intends to bring to this Court evidence to support all the allegations in Plaintiff's complaint originally filed on November 1st, 2021 and Plaintiff's amended complaints. The complaint has been amended to be a more concise statement of the allegations made against the defendants, of which is being opposed, attacked and unanswered again instead requesting dismal.

4. The Complaint being motioned for dismissal by the defendants, as such provides adequate facts and statements upon which pleadings should contain under Fed. R. Civ. P. 8.

5. Attached is a copy of the Second Amended Complaint as proposed by Defendants motion to dismiss without matriculating through this Honorable Court on its merits. See Exhibit A.

6. For the foregoing reasons in the memorandum in support thereof, Plaintiff request that the Court grant this motion to respond to Defendant's motion to dismiss Plaintiff's case.

Dated this February 2, 2023.

Respectfully submitted,
/s/ Charmaine Saunders
*Pro Se Complainant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, the foregoing was either mailed by United States Postal Service to the following defendant's or defendant's attorney of record, or participants were electronically notified by ECF/CM Filing.

Dated: February 2, 2023.

Respectfully submitted,
/s/ Charmaine Saunders
*Pro Se Complaint*