UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF FLORIDA TAMPA
DIVISION

**CHARMAINE SAUNDERS**, an individual,

    Plaintiff,

v.   Case No.: 8:22-CV-2482-MSS-JSS

**CITY OF LAKELAND, FLORIDA,
LAKELAND POLICE DEPARTMENT,
MAYOR WILLIAM "BILL" MUTZ, in his
official capacity; CHIEF RUBEN GARCIA,
in his official capacity; and DETECTIVE
CHRISTINA STEWART in her official capacity,**

    Defendants.

_____/

## NOTICE OF SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Pro Se Plaintiff Charmaine Saunders has met and conferred with Counsel for the Defendant, Jonathan Trohn for City of Lakeland et al on January 3rd, 2023. Plaintiff and Defendants do not agree on the CMR proposal, and as such ask this honorable court for scheduling. The meeting occurred via telephone call.

**I HEREBY CERTIFY** that on the 5th day of February 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Attorney on Record.

                                          */s/ Charmaine Saunders*
                                          CHARMAINE SAUNDERS
                                          311 US Highway 27 S
                                          Sebring, FL 33870