UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMAINE SAUNDERS,

    Plaintiff,

v.                                            Case No: 8:22-cv-2482-MSS-JSS

CITY OF LAKELAND, FLORIDA,
LAKELAND POLICE
DEPARTMENT, WILLIAM MUTZ,
RUBEN GARCIA and CHRISTINA
STEWART,

    Defendants.
_____/

**ORDER**

        Plaintiff, proceeding pro se, moves to compel Non-party Florida Department of Law Enforcement (Non-party FDLE) to comply with a subpoena for documents issued pursuant to Federal Rule of Civil Procedure 45. (Motion, Dkt. 36.) On April 12, 2023, the court directed Non-party FDLE to file a response in opposition, if warranted, to Plaintiff's Motion. (Dkt. 38.) Non-party FDLE thereafter moved twice for extensions of time to respond to the Motion, indicating that communications with Plaintiff were ongoing to resolve the Motion. (Dkts. 40, 43.) On June 2, 2023, Non-party FDLE filed a response to Plaintiff's Motion in accordance with the court's order. (Dkt. 45.) Within its response, Non-party FDLE states that it has complied with the subpoena and that "[o]n May 16, 2023, all issues and questions were resolved" as Plaintiff informed Non-party FDLE that its production of information was sufficient.

(*Id.*)  Non-party FDLE further advises the court that "[t]here are no other outstanding issues regarding Plaintiff's Subpoena or FDLE's responsive records."  (*Id.*)

Accordingly, Plaintiff's Motion to Compel Response to Subpoena Duces Tecum (Dkt. 36) is **DENIED without prejudice**.  Plaintiff may seek further relief from the court, if necessary, by filing a new motion.

**ORDERED** in Tampa, Florida, on June 5, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party