UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHARMAINE SAUNDERS,**

   *Plaintiff,*

v.                                                                                          NO. 8:22 CV-2482-MSS-JSS

**CITY OF LAKELAND, FLORIDA,**

**LAKELAND POLICE DEPARTMENT,**
**MAYOR WILLIAM "BILL" MUTZ,**
**CHIEF RUBEN GARCIA, and DETECTIVE**
**CHRISTINA STEWART.**
   *Defendants.*

---

## AMENDED NOTICE OF A RELATED ACTION[1]

Under Local Rule l.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

 **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

> 53-2023CA-005394-0000-WH
> 53-2023CA-005395-0000-WH
> 8:22-CV-2483-TBP-CPT

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

*/s/Charmaine Saunders*
**Pro Se**

[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. ll(a)]

8/3/2023