# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12091

_____

CHARMAINE SAUNDERS,

                                                  Plaintiff-Appellant,

*versus*

CITY OF LAKELAND, FLORIDA,
LAKELAND POLICE DEPARTMENT,
CHIEF OF POLICE, LAKELAND POLICE DEPARTMENT,
CHRISTINA STEWART,
Detective,

                                                  Defendants-Appellees,

MAYOR OF LAKELAND, FLORIDA,
a.k.a. Bill,

                                                  Defendant.

ISSUED AS MANDATE 5/15/2025

Case 8:22-cv-02482-MSS-UAM   Document 100   Filed 05/15/25   Page 2 of 3 PageID 1101
USCA11 Case: 24-12091   Document: 67-1   Date Filed: 05/15/2025   Page: 2 of 2

2                                                                  24-12091

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-02482-MSS-UAM

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 16, 2025

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2025

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 24-12091-AA
Case Style: Charmaine Saunders v. City of Lakeland, Florida, et al
District Court Docket No: 8:22-cv-02482-MSS-UAM

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate